**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER:** CR00-83T **DATE:** June 15th, 2005
**TITLE OF CASE:** USA v. Richard Autiello

---

**CHIEF JUDGE:** **ERNEST C. TORRES**

**COURTROOM CLERK:** **Ryan Jackson**

**COURT REPORTER:** **Angela Reynolds**

**COURT INTERPRETER:** **n/a**

---

**COUNSEL PRESENT**

Government: Richard Rose, AUSA
Terrence Donnelly, AUSA
Donald Lockhart, AUSA

Defendant: Richard Bicki, Esq.

Probation: Barry Weiner

---

**PROCEEDINGS:** **Re-Sentencing**

06/15/05: All counsel of record present. Defendant present. Probation present. Court addresses. Defendant argues to their re-sentencing recommendations. Government responds/argues; makes sentencing recommendation. Defendant replies. Defendant allocutes. Court questions the parties. Parties respond. Probation addresses the Court. Court addresses the arguments. Court sentences the Defendant to the same sentence imposed on 9/6/02. 46 months incarceration as to all counts to be served concurrently; credit for time served to be determined by the B.O.P. 2 years of supervised release as to all counts with the following special conditions: 1) defendant is to perform 75 hours of community service; 2) defendant will be responsible for cost of supervised release. $100 special Assessment on each count; $50,000 fine plus the cost of supervision ($6,494.20). Notations will be made to the Judgment and Commitment form as to the payment status of the fine and special assessments.

Recess