8

# *UNITED STATES DISTRICT COURT*
*for the*
***District of Rhode Island***

RECEIVED
MAY 10 2005
U.S. MARSHALS SERVICE
DISTRICT OF R.I.

***Case No. CR00-83T***

***To:*** ***Warden***
***FMC Devens***
***Ayer, MA 01432***

YOU ARE HEREBY COMMANDED, to have the **body** of **Richard Autiello**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Ernest C. Torres**, Chief Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **11:00 o'clock a.m.**, on the **15th** day of **June, 2005**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby certify and return that [illegible] the court [illegible] defendant, on the date and time ordered.

Deputy U.S. Marshal

WITNESS the Honorable **Ernest C. Torres**

United States Chief Judge at Providence, RI
Dated: May 9, 2005.

Re-Sentencing

*By* Ernest C Torres
***Ernest C. Torres, Chief Judge***
5/10/05