UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | CR. 00-083T |
| | : | |
| VINCENT A. CIANCI a/k/a "BUDDY" | : | |
| FRANK E. CORRENTE and | : | |
| RICHARD E. AUTIELLO | : | |

**VERIFIED CLAIM**
**PETITION FOR REMISSION OR MITIGATION OF FOREFEITURE OF $250,000.00**

The petitioner, MARK L. SMITH, ESQ., states as follows:

1. I am an attorney licensed to practice law in the State of Rhode Island.

2. I currently maintain a legal office at 176 Eddie Dowling Highway, Suite 101, North Smithfield, Rhode Island.

3. On or before August 1, 2000, I was retained by Friends of Cianci Committee to represent them with regard to claims of forfeiture by the United States of America as a result of the above-entitled criminal action.

4. In that capacity, I performed certain legal services in accordance with the invoice attached herewith and incorporated herein by reference on behalf of and rendered to my client were necessary in accordance with my professional opinion.

4. That I have rendered one hundred fifty-one and 45/100 (151.45) hours of legal services on behalf of the estate, at the rate of One Hundred Sixty-Five Dollars ($165.00) per hour, for which I have received only Seven Thousand Six Hundred Thirty-Nine Dollars and Fifty Cents ($7,639.50), leaving a balance due in the sum of Seventeen Thousand Three Hundred Forty-Nine Dollars and Seventy-Five Cents ($17,349.75). An itemization of the same is attached herewith and incorporated herein by reference as an

exhibit.

4. The fee for the necessary services rendered and performed by me amounting to Seventeen Thousand Three Hundred Forty-Nine Dollars and Seventy-Five Cents ($17,349.75) is fair and reasonable within the community in which I practice.

5. I submit this petition for remission or mitigation of the proposed forfeiture pursuant to 19 USCS 1618 and 28 CFR Part 9 and Rule 32.(c) of the Federal Rules of Criminal Procedure and respectfully submit the facts hereinafter stated as grounds for forreturn of said funds or for relief in mitigation.

6. To the best of my knowledge, my client (The Friends of Cianci Committee) was all times relevant not criminally charged in the above-entitled case, has never been convicted of a crime and was not know to be involved in any of the transactions alleged to have occurred in said case (other than to act as an innocent depository for funds alleged to have been received through illicit means).

7. It is respectfully submitted that I am in innocent owner and have a valid claim for remission. When I rendered services and incurred expenses as counsel for the Friends of Cianci committee, at no time did I have any knowledge, information or reason to believe that the above-name defendants would be involved in any illegal activity, or that said funds were received as a result of any such illegal activity, nor did I consent to the use of these funds for any illegal purposes.

8. I further respectfully submitted that I acted reasonably in rendering legal services and incurring related expenses on behalf of my client in that at no time did I have any knowledge, information or reason to believe that the above-name defendants would be involved in any illegal activity, or that said funds were received as a result of

any such illegal activity, nor did I consent to the use of these funds for any illegal purposes.

9. Upon information and belief, it is alleged that certain funds were obtained by the above-named defendant by illegal means and, thereafter, deposited into the Friends of Cianci campaign funds account (an innocent party and not a named defendant in the criminal actions referenced hereinabove).

WHEREFORE, the petitioner respectfully requests that the petition for remission or mitigation of forfeiture of said funds be granted, and for such other relief as may be deemed just and proper.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 8th day of November, 2005.

Mark L. Smith

Mark L. Smith (#0676)
Park Square Place
176 Eddie Dowling Highway
Suite 101
No. Smithfield, RI 02896
Telephone: (401) 769-4120
Facsimile: (401) 597-0997

Before me personally appeared MARK L. SMITH, ESQ., known to me, being first duly sworn, on oath deposes and says that he is the lawful owner of the subject property to the extent set forth hereinabove, that he has read the foregoing claim, knows the contents thereof, and that the same is true and correct.

Janine Durand

Janine Durand
Notary Public
Park Square Place
176 Eddie Dowling Highway
Suite 101
No. Smithfield, RI 02896
Telephone: (401) 769-4120
Facsimile: (401) 597-0997

C:\comp\cianci-claim against forfeiture

**MARK L. SMITH**
ATTORNEY AT LAW - CONCENTRATING IN LITIGATION
SUITE 202
176 EDDIE DOWLING HIGHWAY
NORTH SMITHFIELD, RHODE ISLAND 02896
(401) 769-4120

Friends of Cianci Committee
c/o Artin Coloian, Esq., Chief of Staff
Providence City Hall , 25 Dorrance Street
Providence, Rhode Island 02903

BILLING DATE: 10/31/05
ACC'T NO.: MLS-20000153

RE: Friends of Cianci Committee

| DATE | PROFESSIONAL SERVICES RENDERED | INDIV | TIME | AMOUNT |
|---|---|---|---|---|
| 08/02/00 | Review of RIGL Title 17, Chapter 25 | MLS | 1.15 | 189.75 |
| 08/03/00 | Meeting with Mayor and staff and Attendance at Attorney Craven's Office and Attorney General | MLS | 2.15 | 354.75 |
| 08/03/00 | Review of Rules and Regulations | MLS | 1.20 | 198.00 |
| 08/05/00 | Review of Documents and Preparation of Response | MLS | 1.50 | 247.50 |
| 08/06/00 | Redrafting of letter to Robert Craven | MLS | 0.80 | 132.00 |
| 08/08/00 | Meeting with Attorney General William Ferland | MLS | 0.80 | 132.00 |
| 08/08/00 | Telephone Conference with Mayor Cianci | MLS | 0.10 | 16.50 |
| 08/08/00 | Telephone Call with State Police | MLS | 0.10 | 16.50 |
| 08/09/00 | Fax to Robert Craven | MLS | 0.10 | 16.50 |
| 08/11/00 | Telephone Conference with Attorney Egbert | MLS | 0.15 | 24.75 |
| 08/16/00 | Review of Subpoena | MLS | 0.15 | 24.75 |
| 08/16/00 | Telephone Conference with Art Colloian | MLS | 0.10 | 16.50 |
| 08/16/00 | Telephone Conference with Richard Rose, Esq. | MLS | 0.10 | 16.50 |
| 08/16/00 | Telephone Conference with William Dimitri, Esq. | MLS | 0.10 | 16.50 |
| 08/17/00 | Telephone Conference with Attorney Craven | MLS | 0.20 | 33.00 |
| 08/18/00 | Letter to Artin Colloian | MLS | 0.30 | 49.50 |
| 08/18/00 | Letter to Attorney Richard Rose | MLS | 0.30 | 49.50 |
| 08/18/00 | Letter to Attorney Dimitri | MLS | 0.30 | 49.50 |
| 08/18/00 | Letter to Attorney Egbert | MLS | 0.30 | 49.50 |
| 08/18/00 | Letter to Mayor Cianci | MLS | 0.30 | 49.50 |
| 08/25/00 | Letter to Dorothy Devereaux | MLS | 0.30 | 49.50 |
| 08/25/00 | Letter to Richard Egbert, Esq. | MLS | 0.30 | 49.50 |
| 08/25/00 | Letter to Attorney Robert Craven | MLS | 0.30 | 49.50 |
| 08/25/00 | Letter to Artin Colloian, Esq. | MLS | 0.30 | 49.50 |
| 08/25/00 | Letter to Mayor Cianci | MLS | 0.30 | 49.50 |

PLEASE REMIT WHEN BILLED

THANK YOU

# MARK L. SMITH

Friends of Cianci Committee
c/o Artin Coloian, Esq., Chief of Staff
Providence City Hall , 25 Dorrance Street
Providence, Rhode Island 02903

PAGE: 2
BILLING DATE: 10/31/05
ACC'T NO.: MLS-20000153

| DATE | PROFESSIONAL SERVICES RENDERED | INDIV | TIME | AMOUNT |
|---|---|---|---|---|
| 08/28/00 | Telephone Conference with Dorothy Devereaux | MLS | 0.10 | 16.50 |
| 08/29/00 | Telephone conference with Attorney Richard Rose | MLS | 0.10 | 16.50 |
| 08/29/00 | Telephone Conference with FBI Consolelli | MLS | 0.10 | 16.50 |
| 08/29/00 | Meeting with Dorothy Devereaux | MLS | 0.40 | 66.00 |
| 08/30/00 | Letter to Attorney General | MLS | 0.20 | 33.00 |
| 08/30/00 | Letter to Mayor | MLS | 0.20 | 33.00 |
| 08/30/00 | Letter to Artin Colloian, Esq. | MLS | 0.20 | 33.00 |
| 08/30/00 | Review of Correspondence | MLS | 0.15 | 24.75 |
| 08/30/00 | Letter to Attorney Egbert | MLS | 0.20 | 33.00 |
| 08/31/00 | Attendance at Federal Grand Jury | MLS | 2.50 | 412.50 |
| 09/01/00 | Letter to Attorney Egbert | MLS | 0.30 | 49.50 |
| 09/01/00 | Letter to Attorney Richard Rose | MLS | 0.30 | 49.50 |
| 09/07/00 | Preparation of Letter to Attorney Rose | MLS | 0.10 | 16.50 |
| 09/07/00 | Attendance at Grand Jury | MLS | 0.50 | 82.50 |
| 09/08/00 | Letter to Attorney Rose concerning copying Grand Jury materials | MLS | 0.30 | 49.50 |
| 09/11/00 | Letter to Attorney Robert Craven | MLS | 0.30 | 49.50 |
| 09/13/00 | Review of Correspondence | MLS | 0.15 | 24.75 |
| 09/18/00 | Letter to Attorney Richard Rose | MLS | 0.30 | 49.50 |
| 09/18/00 | Letter to Attorney Dimitri | MLS | 0.30 | 49.50 |
| 09/18/00 | Letter to Ms. Devereaux concerning production of documents | MLS | 0.30 | 49.50 |
| 09/18/00 | Letter to Attorney Artin Coloian | MLS | 0.30 | 49.50 |
| 09/19/00 | Letter to Ms. Devereaux referring to Request from Board of Elections | MLS | 0.30 | 49.50 |
| 09/27/00 | Telephone Conference with Mayor Cianci | MLS | 0.30 | 49.50 |
| 09/27/00 | Telephone Conference with Providence Journal | MLS | 0.30 | 49.50 |
| 09/29/00 | Review of Correspondence | MLS | 0.15 | 24.75 |

PLEASE REMIT WHEN BILLED

THANK YOU

# MARK L. SMITH

Friends of Cianci Committee
c/o Artin Coloian, Esq., Chief of Staff
Providence City Hall , 25 Dorrance Street
Providence, Rhode Island 02903

PAGE: 3
BILLING DATE: 10/31/05
ACC'T NO.: MLS-20000153

| DATE | PROFESSIONAL SERVICES RENDERED | INDIV | TIME | AMOUNT |
|---|---|---|---|---|
| 09/29/00 | Review of Correspondence | MLS | 0.15 | 24.75 |
| 10/03/00 | Appearance at Alpha Graphics | MLS | 0.40 | 66.00 |
| 10/03/00 | Appearance at City Hall | MLS | 0.60 | 99.00 |
| 10/04/00 | Letter to Attorney Egbert | MLS | 0.30 | 49.50 |
| 10/04/00 | Letter to Mayor and Attorney Coloian | MLS | 0.30 | 49.50 |
| 10/04/00 | Letter to Attorney for Board of Elections | MLS | 0.30 | 49.50 |
| 10/24/00 | Letter to Board of Elections | MLS | 0.30 | 49.50 |
| 10/25/00 | Research in Law Library on Approved Expenditures of Campaign Committee | MLS | 2.00 | 330.00 |
| 11/02/00 | Review of Correspondence | MLS | 0.15 | 24.75 |
| 11/09/00 | Research in Law Library with Code of Federal Regulations | MLS | 1.30 | 214.50 |
| 11/10/00 | Review of Code of Federal Regulation | MLS | 1.00 | 165.00 |
| 11/15/00 | Conversation with Other Attorney | MLS | 0.10 | 16.50 |
| 11/20/00 | Preparation of Opinion Letter | LBK | 3.00 | 495.00 |
| 11/20/00 | Drafting of Opinion Letter | MLS | 1.50 | 247.50 |

**Total of New Services: $5,189.25 New Hours: 31.45**

PLEASE REMIT WHEN BILLED

THANK YOU

# MARK L. SMITH

Friends of Cianci Committee
c/o Artin Coloian, Esq., Chief of Staff
Providence City Hall , 25 Dorrance Street
Providence, Rhode Island 02903

PAGE: 4
BILLING DATE: 10/31/05
ACC'T NO.: MLS-20000153

**ACCOUNT SUMMARY**

| | |
|---|---|
| PREVIOUS BALANCE: | 0.00 |
| NEW SERVICES: | 5,189.25 |
| NEW EXPENSES: | 0.00 |
| NEW PAYMENTS: | 0.00 |
| TOT. CURRENT PERIOD: | 5,189.25 |
| **CURRENT BALANCE:** | **$5,189.25** |

PLEASE REMIT WHEN BILLED

THANK YOU

**MARK L. SMITH**
ATTORNEY AT LAW - CONCENTRATING IN LITIGATION
SUITE 202
176 EDDIE DOWLING HIGHWAY
NORTH SMITHFIELD, RHODE ISLAND 02896
(401) 769-4120

Friends of Cianci Committee
c/o Artin Coloian, Esq., Chief of Staff
Providence City Hall , 25 Dorrance Street
Providence, Rhode Island 02903

BILLING DATE: 10/31/05
ACC'T NO.: MLS-20000153

RE: Friends of Cianci Committee

**PREVIOUS BALANCE: $5,189.25**

| DATE | PROFESSIONAL SERVICES RENDERED | INDIV | TIME | AMOUNT |
|---|---|---|---|---|
| 04/04/01 | Review of Correspondence from Dorothy Devereaux | MLS | 0.15 | 24.75 |
| 04/05/01 | Attendance at Federal Court for Restraining Order | MLS | 0.60 | 99.00 |
| 04/16/01 | Research of Forfeiture Cases | MLS | 2.50 | 412.50 |
| 04/17/01 | Review of Forfeiture Case Material | MLS | 1.80 | 297.00 |
| 04/18/01 | Research on Forfeiture Cases - Appearance at Mayor's Office | MLS | 2.50 | 412.50 |
| 04/18/01 | Review of Indictment and Temporary Restraining Order | LBK | 2.50 | 412.50 |
| 04/19/01 | Research of Cases on RICO | MLS | 1.50 | 247.50 |
| 04/20/01 | Research in Law Library and Attendance at Client's Office and Meeting with Mayor | MLS | 2.00 | 330.00 |
| 04/26/01 | Review of Material for Federal Court Motion | MLS | 1.30 | 214.50 |
| 04/26/01 | Preparation of Memorandum | LBK | 3.00 | 495.00 |
| 04/26/01 | Preparation of Petition and Memorandum | LBK | 2.50 | 412.50 |
| 05/01/01 | Meeting at Mayor's Office | MLS | 1.00 | 165.00 |
| 05/02/01 | Redraft of Petition and Memorandum | LBK | 0.50 | 82.50 |
| 05/03/01 | Redrafting of Petition and Memorandum of Friends of Cianci | MLS | 1.30 | 214.50 |
| 05/04/01 | Finalization of Petition and Memorandum - Attendance in Providence for Discussion | MLS | 1.50 | 247.50 |
| 05/08/01 | Attendance at Mayor's Office | MLS | 0.50 | 82.50 |
| 05/08/01 | Telephone Conference with Mayor | MLS | 0.20 | 33.00 |
| 05/10/01 | Redraft of Memorandum | LBK | 2.00 | 330.00 |
| 05/11/01 | Review of Final Draft of Petition and Memorandum | MLS | 1.50 | 247.50 |
| 05/11/01 | Appearance at City Hall, Delivery of Documents and | MLS | 1.15 | 189.75 |

PLEASE REMIT WHEN BILLED

THANK YOU

# MARK L. SMITH

Friends of Cianci Committee
c/o Artin Coloian, Esq., Chief of Staff
Providence City Hall , 25 Dorrance Street
Providence, Rhode Island 02903

PAGE: 2
BILLING DATE: 10/31/05
ACC'T NO.: MLS-20000153

| DATE | PROFESSIONAL SERVICES RENDERED | INDIV | TIME | AMOUNT |
|---|---|---|---|---|
| | Faxing Documents - Awaiting Instructions | | | |
| 05/15/01 | Review of additional material in law library | MLS | 1.00 | 165.00 |
| 05/16/01 | Research in Law Library | MLS | 1.00 | 165.00 |
| 05/17/01 | Letter to Client and review of Federal Statute | MLS | 1.30 | 214.50 |
| 05/17/01 | Review of Research | LBK | 1.00 | 165.00 |
| 05/18/01 | Filing Petition and Memorandum with Federal Court and U.S. Attorney | MLS | 0.70 | 115.50 |
| 05/18/01 | Review of Correspondence | MLS | 0.15 | 24.75 |
| 05/29/01 | Attendance at Clerk's Office | MLS | 0.50 | 82.50 |
| 05/29/01 | Meeting with Client | MLS | 0.50 | 82.50 |
| 06/05/01 | Review of Government's Objection to Petition | MLS | 0.50 | 82.50 |
| 06/06/01 | review of correspondence | MLS | 0.15 | 24.75 |
| 06/06/01 | Review of Government's Objection | MLS | 1.00 | 165.00 |
| 06/07/01 | review of correspondence | MLS | 0.15 | 24.75 |
| 06/08/01 | preparation for hearing on restraining order | MLS | 2.00 | 330.00 |
| 06/09/01 | preparation for hearing on restraining order | MLS | 1.00 | 165.00 |
| 06/10/01 | preparation for hearing on restraining order | MLS | 3.50 | 577.50 |
| 06/11/01 | preparation for hearing on restraining order meeting with Dorothy Devereaux and meeting with United States Attorney | MLS | 6.50 | 1,072.50 |
| 06/11/01 | Letter to IRS | MLS | 0.30 | 49.50 |
| 06/12/01 | review of accounts payable vouchers preparing exhibits and review of materials | MLS | 2.50 | 412.50 |
| 06/12/01 | Meeting with Client and U.S. Attorney and Appearance at Federal Court for Hearing | MLS | 2.00 | 330.00 |
| 06/14/01 | Review of Material in Law Library | MLS | 3.50 | 577.50 |
| 06/15/01 | Review of Correspondence | MLS | 0.20 | 33.00 |
| 06/15/01 | Reading Federal Cases on Forfeiture | MLS | 1.50 | 247.50 |

PLEASE REMIT WHEN BILLED

THANK YOU

# MARK L. SMITH

Friends of Cianci Committee
c/o Artin Coloian, Esq., Chief of Staff
Providence City Hall , 25 Dorrance Street
Providence, Rhode Island 02903

PAGE: 3
BILLING DATE: 10/31/05
ACC'T NO.: MLS-20000153

| DATE | PROFESSIONAL SERVICES RENDERED | INDIV | TIME | AMOUNT |
|---|---|---|---|---|
| 06/15/01 | Research in Law Library | MLS | 2.30 | 379.50 |
| 06/18/01 | Review of Case Law | MLS | 1.80 | 297.00 |
| 06/18/01 | Letter to U.S. Attorney Ianotti | MLS | 0.30 | 49.50 |
| 06/19/01 | Review of federal case material | MLS | 1.50 | 247.50 |
| 06/20/01 | Review of Federal Cases on forfeiture | MLS | 1.50 | 247.50 |
| 06/20/01 | Review of federal cases in law library | MLS | 3.00 | 495.00 |
| 06/21/01 | Review of indictment, exparte motions and memoranda | MLS | 2.50 | 412.50 |
| 06/21/01 | Research and copying cases in law library | MLS | 1.00 | 165.00 |
| 06/21/01 | Review of additional Federal Cases in law library | MLS | 1.30 | 214.50 |
| 06/22/01 | Review of correspondence from United States Attorney | MLS | 0.15 | 24.75 |
| 06/23/01 | Preparation of supplemental memorandum on interest of defendant in Friends of Cianci | MLS | 8.00 | 1,320.00 |
| 06/24/01 | preparation of supplemental memorandum on !8 USC 1963 | MLS | 2.50 | 412.50 |
| 06/25/01 | review of draft of supplemantal memorandum researhc in law library | MLS | 3.50 | 577.50 |
| 06/26/01 | redrafting of supplemental memorandum | MLS | 2.00 | 330.00 |
| 06/27/01 | completion of final draft of supplemental memorandum, appearance in Federal Court clerk's office and meeting with client | MLS | 1.50 | 247.50 |
| 06/29/01 | Review of Court Order, Review of Federal Rules, Telephone Conference with Client and Telephone Conference with U.S. Attorney | MLS | 1.40 | 231.00 |
| 06/30/01 | Review of Federal Criminal Rules | MLS | 0.60 | 99.00 |
| 07/02/01 | Telephone Conference with Client | MLS | 0.10 | 16.50 |
| 07/03/01 | Preparation of Opposition to Government's Supplemental memorandum | MLS | 0.70 | 115.50 |

PLEASE REMIT WHEN BILLED

THANK YOU

# MARK L. SMITH

Friends of Cianci Committee
c/o Artin Coloian, Esq., Chief of Staff
Providence City Hall , 25 Dorrance Street
Providence, Rhode Island 02903

PAGE: 4
BILLING DATE: 10/31/05
ACC'T NO.: MLS-20000153

| DATE | PROFESSIONAL SERVICES RENDERED | INDIV | TIME | AMOUNT |
|---|---|---|---|---|
| 07/05/01 | Letter to Attorney Iannotti | MLS | 0.30 | 49.50 |
| 07/16/01 | Letter to Client | MLS | 0.30 | 49.50 |
| 07/19/01 | Review of Correspondence | MLS | 0.15 | 24.75 |
| 07/19/01 | Review of Consent Order and Modification | MLS | 1.00 | 165.00 |
| 07/20/01 | Drafting of Modification Order | MLS | 0.80 | 132.00 |
| 07/20/01 | Attendance at Federal Court for Decision | MLS | 1.50 | 247.50 |
| 07/20/01 | Redrafting of Consent Order | MLS | 1.00 | 165.00 |
| 07/20/01 | Review of Materials for Federal Court Decision | MLS | 0.75 | 123.75 |
| 07/20/01 | Preparation of Consent Orders for Superior Court Civil Suit | MLS | 1.00 | 165.00 |
| 07/21/01 | Modification of Superior Court Consent Order | MLS | 0.50 | 82.50 |
| 07/24/01 | Telephone Conference with Dorothy Devereaux | MLS | 0.10 | 16.50 |
| 07/26/01 | Telephone Conference with Attorney Egbert | MLS | 0.10 | 16.50 |
| 07/26/01 | Telephone Conference with Attorney Hague | MLS | 0.10 | 16.50 |
| 07/26/01 | Telephone Conference with Dorothy Devereaux | MLS | 0.10 | 16.50 |
| 07/27/01 | Appearance at City Hall and First Bank & Trust Company | MLS | 1.50 | 247.50 |
| 08/02/01 | Telephone Conference with Client | MLS | 0.15 | 24.75 |
| 08/10/01 | Research in Office | MLS | 0.60 | 99.00 |
| 08/10/01 | Research in Law Library | MLS | 1.30 | 214.50 |
| 08/10/01 | Telephone Conference with Mayor's Office | MLS | 0.10 | 16.50 |
| 08/10/01 | Telephone Conference with Attorney Egbert | MLS | 0.10 | 16.50 |
| 08/10/01 | Attendance at Federal Court | MLS | 1.00 | 165.00 |
| 08/10/01 | Telephone Conference with Mayor's Office | MLS | 0.10 | 16.50 |
| 08/11/01 | Review of Federal Cases on Waiver | MLS | 2.00 | 330.00 |
| 08/12/01 | Review of Federal Cases on Waiver | MLS | 2.30 | 379.50 |
| 08/13/01 | Preparation for Hearing | MLS | 1.50 | 247.50 |
| 08/13/01 | Meeting with mayor | MLS | 0.60 | 99.00 |

PLEASE REMIT WHEN BILLED

THANK YOU

# MARK L. SMITH

Friends of Cianci Committee
c/o Artin Coloian, Esq., Chief of Staff
Providence City Hall , 25 Dorrance Street
Providence, Rhode Island 02903

PAGE: 5
BILLING DATE: 10/31/05
ACC'T NO.: MLS-20000153

| DATE | PROFESSIONAL SERVICES RENDERED | INDIV | TIME | AMOUNT |
|---|---|---|---|---|
| 08/13/01 | Attendance at Federal Court | MLS | 1.50 | 247.50 |
| 10/10/01 | Receipt and Review of Correspondence from IRS | MLS | 0.25 | 41.25 |
| 10/16/01 | Letter to Dottie Devereux | MLS | 0.30 | 49.50 |

**Total of New Services: $19,404.00 New Hours: 117.60**

| DATE | PAYMENT | AMOUNT |
|---|---|---|
| 04/09/01 | Vincent Cianci | 2,000.00 |
| 08/31/01 | Partial Payment Cianci for Mayor | 5,639.50 |

**Total of New Payments: $7,639.50**

**ACCOUNT SUMMARY**

| | |
|---|---|
| PREVIOUS BALANCE: | 5,189.25 |
| NEW SERVICES: | 19,404.00 |
| NEW EXPENSES: | 0.00 |
| NEW PAYMENTS: | 7,639.50 |
| TOT. CURRENT PERIOD: | 19,404.00 |
| **CURRENT BALANCE:** | **$16,953.75** |

PLEASE REMIT WHEN BILLED

THANK YOU

**MARK L. SMITH**
ATTORNEY AT LAW - CONCENTRATING IN LITIGATION
SUITE 202
176 EDDIE DOWLING HIGHWAY
NORTH SMITHFIELD, RHODE ISLAND 02896
(401) 769-4120

Friends of Cianci Committee
c/o Artin Coloian, Esq., Chief of Staff
Providence City Hall , 25 Dorrance Street
Providence, Rhode Island 02903

BILLING DATE: 10/31/05
ACC'T NO.: MLS-20000153

RE: Friends of Cianci Committee

**PREVIOUS BALANCE: $16,953.75**

| **DATE** | **PROFESSIONAL SERVICES RENDERED** | **INDIV** | **TIME** | **AMOUNT** |
|---|---|---|---|---|
| 02/08/02 | Forwarding IRS Letter | MLS | 0.30 | 49.50 |
| 02/25/02 | Telephone Conference with Client | MLS | 0.10 | 16.50 |
| 02/26/02 | Meeting with Client and Appearance in Federal Court | MLS | 2.00 | 330.00 |

**Total of New Services: $396.00 New Hours: 2.40**

**ACCOUNT SUMMARY**

| | | | | | |
|---|---|---|---|---|---|
| | | **Aging of Previous Balance** | | | |
| | | 1-30 Days | 31-60 Days | 61-90 Days | 91+ Days |
| PREVIOUS BALANCE: | 16,953.75 | 16,953.75 | 0.00 | 0.00 | 0.00 |
| NEW SERVICES: | 396.00 | | | | |
| NEW EXPENSES: | 0.00 | | | | |
| NEW PAYMENTS: | 0.00 | | | | |
| TOT. CURRENT PERIOD: | 396.00 | | | | |
| **CURRENT BALANCE:** | **$17,349.75** | | | | |

PLEASE REMIT WHEN BILLED

THANK YOU

**MARK L. SMITH**
ATTORNEY AT LAW - CONCENTRATING IN LITIGATION
SUITE 202
176 EDDIE DOWLING HIGHWAY
NORTH SMITHFIELD, RHODE ISLAND 02896
(401) 769-4120

Friends of Cianci Committee
c/o Artin Coloian, Esq., Chief of Staff
Providence City Hall , 25 Dorrance Street
Providence, Rhode Island 02903

BILLING DATE: 10/31/05
ACC'T NO.: MLS-20000153

RE: Friends of Cianci Committee

**PREVIOUS BALANCE: $17,349.75**

**ACCOUNT SUMMARY**

| | | Aging of Previous Balance | | | |
|---|---|---|---|---|---|
| | | 1-30 Days | 31-60 Days | 61-90 Days | 91+ Days |
| PREVIOUS BALANCE: | 17,349.75 | 0.00 | 396.00 | 16,953.75 | 0.00 |
| NEW SERVICES: | 0.00 | | | | |
| NEW EXPENSES: | 0.00 | | | | |
| NEW PAYMENTS: | 0.00 | | | | |
| TOT. CURRENT PERIOD: | 0.00 | | | | |
| **CURRENT BALANCE:** | **$17,349.75** | | | | |

PLEASE REMIT WHEN BILLED

THANK YOU