UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

United States of America
Plaintiff,

Vs. Case No. CR00-83T

Vincent A. Cianci, et al.
Defendant.

**EXHIBIT RECEIPT**

**Defendant's** Jury Trial Exhibit(s)- A1, A2, A3, B, C, D, E, F, G, H, I, J-U, W, X, Y, Z, AA, BB, CC, EE, GG, HH, II JJ, KK, MM, NN, OO, PP, QQ, RR, SS, TT, UU, VV, Wwa, WWb, XX, YY, CCC, DDD1, DDD2, EEE1, EEE2, GGG, GGG1,HHH,III, III1,JJJ,JJJ1, KKK, KKK1, LLL, MMM, NNN, and PPP.

David A. DiMarzio, Clerk

Michael Lepizzera

Signature of Attorney
Date: 6-12-08

Randy Smith

Deputy Clerk